UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN KARLOWITSCH,<br><br>    Plaintiff,<br>v.<br><br>EVERGREEN RECREATIONAL VEHICLES LLC, dba LIFESTYLE LUXURY RV; and TIARA RV SALES, INC.,<br><br>    Defendants. | Case No. 2:14-cv-02159-MMD-VCF<br><br>ORDER |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. No decision on the pending motions will be issued pending settlement.

DATED THIS 10th day of December 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE