# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN KARLOWITSCH, <br><br>   Plaintiff, <br><br>vs. <br><br>EVERGREEN RECREATIONAL VEHICLES LLC, *et al.*, <br><br>   Defendants. | 2:14-cv-02159-MMD-VCF <br>**ORDER** |

  Before the Court is the Plaintiff's Request for Counsel to Appear Telephonically (ECF No. 68). Counsel has given sufficient reason to appear telephonically.

  Accordingly, and for good cause appearing,

  IT IS HEREBY ORDERED that Plaintiff's Request for Counsel to Appear Telephonically (ECF No. 68) is GRANTED.

  The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

  DATED this 12th day of April, 2017.

                _____
                CAM FERENBACH
                UNITED STATES MAGISTRATE JUDGE