# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JOHN KARLOWITSCH,

        Plaintiff,

vs.

EVERGREEN RECREATIONAL VEHICLES, LLC, *et al.*,

        Defendants.

2:14-cv-02159-MMD-VCF
**ORDER AND REPORT AND RECOMMENDATION**

      Before the Court is Michael M. Edwards, Esq.'s motion for leave to withdraw as counsel for Defendant Evergreen Recreational Vehicles, LLC ("Evergreen") or in the alternative to continue trial (ECF No. 65). Mr. Edwards states that Defendant Evergreen had ceased its operations and would commence liquidation of its assets to satisfy the claims of its secured creditors. Evergreen would no longer participate in the defense of any ongoing litigation. Evergreen has ceased communications with the counsel. *Id* at 2. Evergreen's motion to dismiss was filed on April 5, 2017. (ECF No. 66). Calendar call is scheduled for May 1, 2017 and Trial is scheduled for May 9, 2017. (ECF No. 61).

      A hearing on the instant motion was held on April 18, 2017. The Court heard representations from the parties.

## DISCUSSION

      Under Local Rule IA 11-6(e), "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." Nevada Rule of Professional Conduct 1.16(b)(5) provides that a lawyer may withdraw if the "client fails substantially to

fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Although trial is scheduled for May 9, 2017, Mr. Edwards has given good cause to withdraw as counsel of record for Evergreen. Evergreen has ceased operations. In John Deeds' letter to Mr. Edwards dated April 13, 2017, Deeds states, "[a]t present, Evergreen RV has no assets, has no employees, and there are no current officers or managers authorized to act on behalf of the entity." (ECF No. 72-1 at 19). Here, the Court recognizes Mr. Edwards' burden to represent a client that has ceased communications with him and has ceased complete operation.

28 U.S.C. § 1654 provides that "[i]n all courts of the United States the parties may plead and conduct their own cases personally." *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987). Although individuals may represent themselves pursuant to this statute, a corporation is not permitted to appear in Federal Court unless it is represented by counsel. *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). An individual also does not have the right to appear on behalf of anyone other than himself. *Pope*, 818 F.2d at 697. The Court thus advises Evergreen that it may not proceed *pro se*, because limited liability companies must be represented by counsel.

Accordingly, and for Good Cause Shown,

IT IS HEREBY ORDERED that the Michael M. Edwards, Esq.'s motion for leave to withdraw as counsel for Defendant Evergreen Recreational Vehicles, LLC ("Evergreen") (ECF No. 65) is GRANTED.

IT IS FURTHER ORDERED that the deadline to file a response to the motion to dismiss is stayed, pending further order of the Court.

IT IS FURTHER ORDERED that Evergreen must retain counsel by April 28, 2017. If no new counsel for Evergreen has entered an appearance by April 28, 2017, IT IS RECOMMENDED that Evergreen's motion to dismiss (ECF No. 66) is STRICKEN and default is entered against Evergreen.

The Clerk of Court is directed to terminate Michael Edwards, Esq. and Nicholas L. Hamilton, Esq. and the law firm of Messner Reevers LLP as counsel of record for Evergreen.

The Clerk of Court is directed to serve a copy of this Order on Evergreen at the following address:

| | |
|---|---|
| 1 | Michael Schoeffler |
| 2 | Registered Agent for Evergreen Recreational Vehicles, LLC |
|   | 10758 CR 2 |
| 3 | Middlebury, Indiana 46540 |
| 4 | DATED this 18th day of April, 2017. |

                                                               _____

                                                               CAM FERENBACH
                                                               UNITED STATES MAGISTRATE JUDGE