UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN KARLOWITSCH,<br><br>Plaintiff,<br><br>v.<br><br>EVERGREEN RECREATIONAL VEHICLES LLC, dba LIFESTYLE LUXURY RV; and TIARA RV SALES, INC.,<br><br>Defendants. | Case No. 2:14-cv-02159-MMD-VCF<br><br>ORDER |

Following a hearing, the Magistrate Juge granted counsel for Defendant Evergreen Recreational Vehicles, LLC's ("Evergreen") motion to withdraw. (ECF No. 75.) The Magistrate Judge gave Evergreen until April 28, 2017, to retain new counsel, which is a reasonable amount of time given the scheduled trial. The Magistrate Judge recommended that Evergreen's motion to dismiss (ECF No. 66) be stricken and default be entered against Evergreen in the event Evergreen failed to retain counsel by April 28, 2017. The deadline to retain counsel has passed and Evergreen has not retained counsel, nor has Evergreen sought an extension of time to retain counsel. Evergeen has had ample notice that its failure to comply with the Magistrate Judge's deadline would result in default judgment being entered. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation.

It is therefore ordered that the Magistrate Judge's Report and Recommendation (ECF No. 75) is adopted in full. The Clerk is directed to strike Evergreen's motion to dismiss (ECF No. 66). Plaintiff is ordered to submit a proposed default judgment order against Evergren within seven (7) days pursuant to LR 7-2(f).

DATED THIS 2nd day of May 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE