# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **JOHN KARLOWITSCH**, | ) Case No.: 2:14-cv-02159-MMD-VCF |
| | ) |
| Plaintiff, | ) **Order** |
| | ) |
| vs. | ) |
| | ) |
| **EVERGREEN RECREATIONAL VEHICLES LLC D/B/A LIFESTYLE LUXURY RV; and TIARA RV SALES INC.** | ) ) ) ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

The Defendant, Evergreen Recreational Vehicles LLC, having failed to retain counsel as ordered by the Court or to otherwise defend in this action further, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff, John Karlowitsch, recover from Defendant, Evergreen Recreational Vehicles LLC, the sum of $166,106.81 in total damages inclusive of costs and attorneys' fees, plus interest according to law from the date of this judgment until the entire judgment amount is paid.

Dated: April 5, 2017

_____
MIRANDA M. DU
U.S. DISTRICT JUDGE